### COMMONWEALTH *vs.* ALBERT SNOW.

An indictment, which avers that the defendant on a day named, " and from thence con tinually to the day of making this presentment," was a common seller of intoxicating liquors, states the time with sufficient certainty.

INDICTMENT on *St.* 1855, *c.* 215, § 17, purporting by its caption to have been found " at a court of common pleas, begun and holden at Springfield, within and for the county of Hampden, on the first Monday of December in the year of our Lord one thousand eight hundred and fifty eight," and averring that the defendant, at Westfield, " on the first day of January now last past, and from thence continually to the day of making this presentment, did, without any authority or license therefor duly had and obtained according to law, presume to be, and during all the time aforesaid was a common seller of intoxicating liquor."

The defendant, being convicted, moved in arrest of judgment, " because the time during which the defendant is alleged to have been a common seller is not set forth with sufficient definiteness and certainty, and because the day of making the presentment is not set forth." *Aiken,* J. overruled the motion, and the defendant alleged exceptions.

*E. W. Bond,* for the defendant.

*S. H. Phillips,* (Attorney General,) for the Commonwealth.

DEWEY, J. This indictment is in proper form, and alleges the time of the commission of the offence with all that certainty which the law requires, and conforms in this respect to the approved precedents for cases of continuing offences. The allegation " to the day of making this presentment," or " the day of

finding this indictment," fixes the time by reference to that alleged in the caption, in the absence of any evidence of its having been made at a later period in fact. If the day of returning the indictment was later, and that fact appeared by indorsement thereon, the court have held that such date might be shown, where the offence was in fact committed after the first day of the term of the court. *Commonwealth* v. *Wood* 4 Gray, 11. *Exceptions overruled.*